UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-60141-RS

SOFIA SEPIELLI and
SEBASTIAN SEPIELLI,

        Plaintiffs,

vs.

MUTUAL OF OMAHA
 INSURANCECOMPANY,

        Defendant.
_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, Sofia Sepielli and Sebastian Sepielli, and Defendant, Mutual of Omaha Insurance Company, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, including all claims that were or could have been raised in this action, with prejudice, with each party to bear its own attorney fees and costs.

DATED: September 26, 2025

| | |
|---|---|
| By: /s/ Jason Macri | By: /s/ Wendy L. Furman |
| JASON MACRI, ESQ. | WENDY L. FURMAN, ESQ. |
| Fla. Bar No. 0770361 | Fla. Bar No. 0085146 |
| Dell & Schaefer | McDowell, Hetherington LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2625 Weston Road | 2385 N.W. Executive Center Dr., Suite 400 |
| Weston, FL 33331 | Boca Raton, FL 33431 |
| Ph.(954) 620-8300 | Ph.(561) 994-4311 |
| Fax (954)922-6864 | Fax: (561)982-8985 |
| Jason@diattorney.com | wendy.furman@emhllp.com |